IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCIT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDITH ROBERTS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE NUMBER: |
| | : 7:16-CV-00131-HL |
| VALDOSTA COUNTRY CLUB, INC. | : |
| Defendant. | : |

**STIPULATED APPROVAL OF SETTLEMENT
AND ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Motion to Approve Settlement Agreement and for good cause shown, the Court determines that the settlement proposed by Plaintiff, EDITH ELIZABETH ROBERTS, ("Plaintiff"), and Defendant, VALDOSTA COUNTRY CLUB, INC. ("Defendant"), is a fair and reasonable resolution of a bona fide dispute between the parties over the Fair Labor Standards Act's provisions as they apply to the Plaintiff. The Court, therefore, approves the settlement embodied in the Confidential Settlement Agreement and General Release ("the Agreement") for Edith Elizabeth Roberts, a copy of which has been reviewed. Pursuant to the terms of the Agreement, the above-captioned action is

DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees, except as otherwise provided in the Agreement.

SO ORDERED this _____ day of _____, 2017.

_____
Honorable Hugh Lawson
Judge, United States District Court,
Middle District of Georgia, Valdosta Division

CONSENTED TO AND APPROVED BY:

/s/ V. Severin Roberts                    /s/ C. Jason Willcox
**V. SEVERIN ROBERTS**                    **C. JASON WILLCOX**
Ga. Bar No.: 940504                       Ga Bar No.: 760322
Barrett & Farahany, LLP                   Moore Clarke DuVall & Rodgers, P.C.
1100 Peachtree Street, Suite 500          Post Office Drawer 71727
Atlanta, Georgia 30309                    Albany, Georgia 31708
T: (404) 214-0120                         T: (229) 888-3338
F: (404) 214-0125                         F: (229) 888-1191
E: vsroberts@bf-law.com                   E: jwillcox@mcdr-law.com
*Attorneys for Plaintiff Roberts*         *Attorneys for Defendant VCC*